McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00133-DAD-BAM |
| Plaintiff, | **THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |
| v. | |
| MICHAEL ORR HOFFMAN, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against MICHAEL ORR HOFFMAN, without prejudice and in the interest of justice.

Respectfully submitted,

Dated: April 18, 2018                     McGREGOR W. SCOTT
                                          United States Attorney


                              By:   /s/ BRIAN W. ENOS
                                    BRIAN W. ENOS
                                    Assistant United States Attorney

///

///

///

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against MICHAEL ORR HOFFMAN be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: __April 18, 2018__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE